```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :      23cr418 (DLC)
                                        :
          -v-                           :      ORDER
                                        :
GINA MESTRE,                            :
              Defendant.                :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    Trial in this case is scheduled to begin on January 9, 2024 at 9:00 AM.  Accordingly, it is hereby

    ORDERED that any Rule 404(b) motions and motions <u>in limine</u> shall be filed by **November 17, 2023**; opposition shall be filed by **December 1, 2023**; and the reply, if any, shall be filed by **noon** on **December 8, 2023**.  Counsel shall provide two courtesy copies to the Court on the reply date.

    IT IS FURTHER ORDERED that any written Voir Dire requests, Requests to Charge or Trial Memorandum, shall be filed by **noon** on **December 8, 2023**.  Two courtesy copies shall be delivered to Chambers on the same day.

    IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **December 15, 2023** at **10:00 AM** in Courtroom 18B, 500 Pearl Street.

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

Dated:   New York, New York
         November 9, 2023

                                      _____
                                            DENISE COTE
                                      United States District Judge