# MATTHEW J. KLUGER
ATTORNEY AT LAW

---

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

May 31, 2024

By ECF
Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **United States v. Gina Mestre**
              **23 Cr. 418 (DLC)**

Dear Judge Cote,

      Bail in this matter was set on August 16, 2023. As a condition of her bail, Ms. Mestre was ordered to (1) surrender her passport and, (2) using her home as collateral, file a $250,000 Judgment by Confession in favor of the United States. In order to obtain an Index number and file the necessary paperwork, the undersigned CJA counsel paid the required $216.28 fee to the Westchester County Supreme Court (receipt attached hereto). Clearly this fee was in a matter related to the litigation of the case. (See *Guide to Judiciary Policy*, Vol. 7 §230.66.20).

      On March 29, 2024, Ms. Mestre was sentenced to 70-months of incarceration. On May 10, 2024, Mestre surrendered to FCI Aliceville in Alabama to begin serving her sentence. She has not appealed.

      I write now to respectfully request that the Court order (1) that Pretrial Services return Ms. Mestre's passport to either myself or her fiancé Timothy Burke and (2) authorize CJA to reimburse me $216.28 for the index number/filing fee.

      Thank you.

*Granted.*
*/s/ Denise Cote*
*6/12/24*

                                                               Respectfully,

                                                               Matthew J. Kluger

cc:      AUSA Dominic Gentile
           AUSA James Ligtenberg